IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 169

| MYKHAILO RADCHYSHYN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | **ORDER** |
| v | ) | |
| | ) | |
| ALLSTATE INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Court's own motion and review of the electronic file in this matter. It appears that on March 5, 2015 in a Memorandum of Decision and Order, United States District Judge Martin Reidinger denied the Plaintiff's Motion to Amend his Complaint. As a result, issues in this matter have joined as provided by LCvR 16.1(D). The parties are directed, as provided by LCvR 16.1(A), to confer as provided by Federal Rules of Civil Procedure 26(f), and conduct an initial attorneys conference and thereafter within five (5) days of the initial attorneys conference file the Certification of Initial Attorneys Conference as provided by LCvR 16.1(B).

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the parties shall, on or before **April 22, 2015** confer, as provided by Federal Rule of Civil Procedure 26(f), and conduct

1

an "initial attorneys conference" and within five (5) days thereafter the parties shall complete and file a Certification of Initial Attorneys Conference as provided by LCvR 16.1(B).

Signed: April 8, 2015

Dennis L. Howell
United States Magistrate Judge